
Receipt #11092456 $12.06

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) Deborah L Allen /Case # 06-00259
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 12.06 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Langeved          Amount $ 1.99   Claims Register # 7
Claimant E Cat             Amount $ 4.45   Claims Register # 9
Claimant Tapscotts         Amount $ 1.42   Claims Register # 10
Claimant Citi financ'l     Amount $ 4.20   Claims Register # 14
                Total $12.06

_____
Trustee Name

FILED SEP 27 2011 BANKRUPTCY COURT BUFFALO, N.Y.